DONNA R. ZIEGLER [142415]
County Counsel
By JILL P. SAZAMA [214215]
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL,
COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700; Fax: (510) 272-5020
Jill.sazama@acgov.org

*Attorneys for defendants COUNTY OF ALAMEDA and SHERIFF YESENIA SANCHEZ*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BAKER,<br><br>                    Plaintiff,<br><br>         v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>                    Defendants. | Case No. 23-CV-03041 NC (PR)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE;**<br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>Complaint filed; Feb. 7, 2023 |

Pursuant to the settlement reached by the parties hereto, and the completion of all terms and conditions therein, including payment of the Settlement Payment to plaintiff SANDRA BAKER, authorized representative for the decedent Bobby Baker, the parties hereto, through their counsel, hereby STIPULATE and agree to the dismissal with prejudice of this action, each party to bear its own fees and costs.

DATED: Aug. 25, 2025

By *Robyn Fass Wang*
ROBYN FASS WANG
Counsel for Plaintiff SANDRA BAKER

DATED: Aug. 25, 2025

By */s/ Jill P. Sazama*
JILL P. SAZAMA
Deputy County Counsel
Attorneys for Defendants COUNTY OF ALAMEDA and SHERIFF YESENIA SANCHEZ

**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**

Pursuant to the Stipulation of Dismissal with Prejudice by the parties set forth above, and good cause appearing therefor, the Court hereby orders this case DISMISSED WITH PREJUDICE.

SO ORDERED.

DATED: August 25, 2025

By_____
MAGISTRATE JUDGE NATHANAEL M. COUSINS
UNITED STATES DISTRICT COURT

